

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  Paul Ouzenne and Ouzenne Construction Company v. Leon Shankle
and Margie Benton Shankle

Appellate case number:  01-13-00127-CV

Trial court case number:  2003-13270

Trial court:  129th District Court of Harris County

On February 25, 2013, appellant, Paul Ouzenne, filed a letter entitled "(30 day) Extension Request," in which he states that he "need[s] an Extension of 30 day [sic] to pay the required $175 filing fee to prosecute this appeal." Ouzenne provided no explanation for the need for an extension in his letter. *See* TEX. R. APP. P. 10.5(b)(1)(C) (requiring moving party to state facts relied on to reasonably explain need for extension).

Accordingly, we DENY Ouzenne's motion for failing to provide any explanation of the need for an extension. *See id.* We further ORDER Ouzenne and the Ouzenne Construction Company, within 10 days of the date of this order, to pay the required fees or provide a detailed, written explanation, including citations to the record, statutes, and case law, showing that they are exempt from paying the fees, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 5 (requiring payment of fees at time of filing and allowing enforcement of rule); TEX. R. APP. P. 42.3(b), (c) (allowing involuntary dismissal); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                        X  Acting individually      ☐  Acting for the Court


Date:  April 5, 2013